# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
February 6, 2023

Lyle W. Cayce
Clerk

No. 22-60137
Summary Calendar

_____

Rosa Estela Flores-Alvarez,

*Petitioner*,

*versus*

Merrick Garland, *U.S. Attorney General*,

*Respondent*.

_____

Petition for Review of an Order of the
Board of Immigration Appeals
Agency No. A205 955 082

_____

Before Barksdale, Elrod, and Haynes, *Circuit Judges*.

Per Curiam:[*]

Rosa Estela Flores-Alvarez, a native and citizen of Mexico and represented by counsel, petitions for review of the Board of Immigration Appeals' dismissing her appeal from an order of the Immigration Judge denying her application for cancellation of removal.

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-60137

Flores, however, fails to submit any properly briefed challenges to the order. *E.g.*, *Chambers v. Mukasey*, 520 F.3d 445, 448 & n.1 (5th Cir. 2008) (explaining asserting issue in statement of issues without briefing contention is insufficient to preserve challenge); Fed. R. App. P. 28(a)(8) (stating appellant's brief must contain, *inter alia*, her "contentions and the reasons for them, with citations to the authorities and parts of the record on which the appellant relies").

DENIED.